IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SAMUEL J GARDNER,

    Petitioner,

v.                                            CASE NO. 4:08-cv-00118-MP-EMT

WALTER A MCNEIL,

    Respondent.

_____/

## **O R D E R**

This matter is before the Court on the Report and Recommendation of the Magistrate Judge, recommending that this case be dismissed as a successive petition without permission of the Eleventh Circuit.  The time for filing objections has passed, and none have been filed.  The Court agrees that this the failure to obtain prior permission of the Eleventh Circuit deprives this Court of jurisdiction to hear this case.  Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2.     This action is dismissed without prejudice, and the clerk is directed to close the file.

**DONE AND ORDERED** this *28th* day of July, 2008

                              *s/Maurice M. Paul*
                         Maurice M. Paul, Senior District Judge